UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY C. CASTRO and<br>SUSAN A. HENDRICKSON-CASTRO,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Case No: CIV F-04-5694 LJO<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

**O R D E R**

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of plaintiff, GARY C. CASTRO and SUSAN A. HENDRICKSON-CASTRO against Defendant EQUIFAX INFORMATION SERVICES LLC, ("EQUIFAX"), be and the same hereby are DISMISSED, WITH PREJUDICE, each party to bear its own costs.

IT IS SO ORDERED.

Dated: July 13, 2005
/s/ Lawrence J. O'Neill
b   9   e   d   4   8

UNITED STATES MAGISTRATE JUDGE